<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JORGE VARGAS RAMOS,<br><br>   Petitioner,<br><br>   v.<br><br>ERIC ROKOSKY, *et al.*,<br><br>   Respondents. | No. 25cv15892 (EP)<br><br>**ORDER** |

Petitioner Jorge Vargas Ramos, a native and citizen of Mexico, filed a Verified Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging his immigration detention at the Elizabeth Detention Center without a bond hearing. D.E. 1 ("Petition") ¶¶ 1-5.

In accordance with Rule 4 of the Rules Governing § 2254 Cases ("Habeas Rule 4")—which is applicable to § 2241 cases through Rule 1(b) of the Rules Governing § 2254 Cases—this Court has screened the Petition for dismissal and determined that dismissal without an answer and the record is not warranted. Accordingly,

**IT IS** on this **24th** day of September 2025,

**ORDERED** that the Clerk of the Court shall serve a copy of the Petition, D.E. 1, and this Order upon Respondents by regular mail, with all costs of service advanced by the United States; and it is further

**ORDERED** that the Clerk of the Court shall forward a copy of the Petition, D.E. 1, and this Order to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that, pursuant to Habeas Rule 4, within **twenty days** of the date of the entry of this Order, Respondents shall electronically file a full and complete answer to said Petition, which responds to the factual and legal allegations of the Petition; and it is further

**ORDERED** that the answer shall state the statutory authority for Petitioner's detention, *see* 28 U.S.C. § 2243; and it is further

**ORDERED** that Respondents shall raise by way of the answer any appropriate defenses which Respondents wish to have the Court consider; and it is further

**ORDERED** that Respondents shall electronically file with the answer certified copies of the administrative record and all other documents relevant to Petitioner's claims; and it is further

**ORDERED** that all exhibits to the Answer must be identified by a descriptive name in the electronic filing entry, for example:

"Exhibit #1 Transcript of [type of proceeding] held on XX/XX/XXXX" or

"Exhibit #2 Opinion entered on XX/XX/XXXX by Judge YYYY"; and it is further

**ORDERED** that Petitioner may file and serve a reply brief in support of the Petition within **ten days** after the answer is filed.

_____
Evelyn Padin, U.S.D.J.